United States District Court
Southern District of Texas

**ENTERED**

July 22, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NICOLAS DOMINGUEZ-GARCIA, | § § § | CIVIL ACTION NUMBER 4:26-cv-01790 |
| Petitioner, | § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| GABRIEL MARTINEZ, *et al*, Respondents. | § § § | |

**ORDER ON DISMISSAL**

Petitioner Nicolas Dominguez-Garcia filed a petition for writ of *habeas corpus* on March 4, 2026. Dkt 1. It was determined that the arguments presented in the petition raised only issues resolved in the prior cited decisions. Dkt 5. Petitioner thus failed to establish that his detention was unlawful. The petition was denied, and the action was dismissed with prejudice. Id at 5.

Petitioner then filed an amended petition on July 7, 2026, seeking *habeas* relief pursuant to *Sosnava Rodriguez v Ortega,* 2026 WL 1906557, \*16 (5th Cir). Dkt 8.

On July 2, 2026, the Fifth Circuit issued a decision with respect to the constitutionality of detention under 8 USC §1225(b)(2)(A). See *Sosnava Rodriguez,* 2026 WL 1906557. With reference to limitations imposed by the Due Process Clause, the decision holds that the Government may detain individuals under the subject statute "for ninety days but no longer without a bond hearing," and that "at the hearing, the Government must articulate an individualized justification for further detention without bond." Id at \*16.

On July 10, 2026, that decision was then vacated pending rehearing *en banc*. See *Sosnava Rodriguez v*

*Ortega*, 2026 WL 2014647, *1 (5th Cir). This means that it is currently "of no precedential value." *Comer v Murphy Oil USA, Inc*, 718 F3d 460, 468 (5th Cir 2013).

The amended petition relies on a decision that has since been vacated, meaning that it presently provides no basis for *habeas* relief. Petitioner thus hasn't established that his current detention violates either the Constitution or federal law.

The amended petition for writ of *habeas corpus* by Petitioner Nicolas Dominguez-Garcia is DENIED. Dkt 8.

The earlier-filed petition for writ of *habeas corpus* is DENIED AS MOOT, having been superseded by the amended petition. Dkt 6.

Petitioner is ADVISED to follow the *en banc* proceedings of the Fifth Circuit in *Sosnava Rodriguez*. He may file a motion for reconsideration or a later petition if warranted after those proceedings conclude.

A final judgment has already been entered in this action. Dkt 4. To the extent necessary, this Order also serves as a FINAL JUDGMENT.

SO ORDERED.

Signed on July 22, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge